1  Kristin A. Schuler-Hintz, Esq., Nevada SBN 7171
   Christopher M. Hunter, Esq., Nevada SBN 8127
2  McCarthy & Holthus, LLP
   9510 W. Sahara, Suite 110
3  Las Vegas, NV 89101
   Phone (702) 685-0329
4  Fax (866) 339-5691
   KHintz@mccarthyholthus.com
5
   Attorney for Defendant:
6  Aurora Loan Services

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARY ALEXANDER, | ) CASE NO.: 2:09-cv-1790 |
| Plaintiff, | ) |
| vs. | ) **AURORA LOAN SERVICES' AMENDED STATUS REPORT** |
| AURORA LOAN SERVICES, a foreign limited liability company; and CHRISTOPHER HOBSON, INC., a California Corporation qualified to do business in Nevada, d/b/a Franklin Financial and DOES I-V and ROES VI-X. | ) |
| Defendants | ) |

Aurora Loan Services hereby submits the following Amended Status Report.

**1.     Status of this Action**:

    A.     Plaintiff filed her complaint with the Eighth Judicial District Court on 8/11/2009.

    B.     Aurora Loan Services removed the action on 9/9/2009.  <u>June 30, 2009</u> with the consent of the only other defendant served in the action, Defendant Quality Loan Servicing, Corp.   Aurora filed its statement regarding removal 10/11/2009.

2. **Pending Motions:**

Defendant filed its Motion to Dismiss 9/9/2009; Plaintiff filed a Response on 10/14/2009; Defendant Greenberry Financial, Inc., fka Christopher E. Hobson, Inc., filed a Joinder to Motion to Dismiss and Motion to Dismiss on 11/13/2009.  On 11/23/2009, Plaintiff filed a Supplement to her Opposition to Motion to Dismiss.  On 11/30/09 Defendant Aurora filed a Reply.

Plaintiff filed a Motion for Preliminary Injunction 2/2/2010.  Defendant, Christopher E. Hobson, Inc. filed an Opposition to the Motion for Preliminary Injunction of 2/9/2010.  On 2/14/2010, Defendant, Aurora Loan Services filed a Joinder to the Opposition.  On 3/1/2010, Plaintiff filed a Reply.

3. **Other Matters which require the Court's attention:  None.**

4. **Attachments of Copies of Pending Motions, Responses and Replies**:  **None.**

Dated:  5/4/2010                              McCarthy & Holthus, LLP


                                              By:     /s/Christopher M. Hunter
                                                      Christopher M. Hunter, Esq.
                                                      Attorneys for Defendant

CERTIFICATE OF MAILING

I hereby certify that on the 3rd day of May, 2010, a true and correct copy of the foregoing Amended Status Report was forwarded to all parties and counsel as identified on the Court generated Notice of Electronic Filing.

Ellen McAbee
An employee of McCarthy & Holthus, LLP